UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Lermaine Palmer, on behalf of himself
and those similarly situated,                    Case No. 2:18-cv-11463
    Plaintiffs,                     Hon. Bernard A. Friedman
 v.

Bangkok Café of Ferndale, Inc.,
and Wasinee Xamountry, Individually,
    Defendants.
_____/

| Morgan & Morgan | Eric R. Bryen, P.C. |
| --- | --- |
| Michael N. Hanna, Esq. (P81462) | Eric R. Bryen (P35404) |
| Attorney for Plaintiffs | Attorney for Defendants |
| 2000 Town Center, Suite 1900 | 24901 Northwestern Hwy, Ste 311 |
| Southfield, MI 48075 | Southfield, MI 48075 |
| (313) 739-1950 | (248) 864-0530 |
| mhanna@forthepeople.com | ebryen@bryenlaw.com |

## **STIPULATED ORDER FOR DISMISSAL**

  This matter having come before the Court pursuant to the stipulation of the parties, as indicated by the signatures of counsel below, and it appearing that all issues in this matter have been resolved, IT IS HEREBY ORDERED

  That this action is dismissed in accordance with the terms of the parties' settlement. The Court shall retain Jurisdiction to enforce the terms of the settlement by all remedies available, including enforcement of the settlement agreement by entry of a Judgment on an ex-parte motion of Plaintiff, and or its contempt authority.

Dated: July 19, 2018                        s/Bernard A. Friedman
Detroit, Michigan                      BERNARD A. FRIEDMAN
                                           SENIOR UNITED STATES DISTRICT JUDGE

**Stipulated to by:**

**MORGAN & MORGAN, P.C.**         **ERIC R. BRYEN, P.C.**

/s/ *Michael N. Hanna,*              /s/ *Eric R. Bryen*
**Michael N. Hanna, Esq. (P81462)**   **Eric R. Bryen (P35404)**
Attorneys for Plaintiffs              Attorney for Defendants
2000 Town Center, Suite 1900     24901 Northwestern Hwy, Ste. 311
Southfield, MI 48075               Southfield, MI 48075
(313) 739-1950                      (248) 864-0530

Date: July 17, 2018